Ida E. Collins et al., defendants-appellants,

*v.*

William A. Garrigues, complainant-respondent.

[Argued June 25th, 1909.     Decided November 15th, 1909.]

On appeal from a decree of the court of chancery.

*Mr. Timothy J. Middleton,* for the appellants.

*Mr. George B. Evans* and *Mr. Solomon S. Iszard,* for the respondent.

Affirmed.

*For affirmance*—The Chief-Justice, Garrison, Swayze, Reed, Trenchard, Parker, Bergen, Voorhees, Minturn, Bogert, Vredenburgh, Gray, Dill, Congdon—14.

*For reversal*—None.